

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00061-CV

**CITY OF CARRIZO SPRINGS**,
Appellant

v.

Gregory **HOWARD**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-02-12509-DCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are taxed against City of Carrizo Springs.

SIGNED June 13, 2018.

_____
Patricia O. Alvarez, Justice